AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DMS RENTAL MANAGEMENT, INC.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:24-cv-108

BETHANY LOWE,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated June 28, 2024 and 28 U.S.C. § 1447(c), the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, this case is remanded to the Magistrate Court of Bryan County, Georgia for further proceedings. This case stands closed.

Approved by: _[signature]_

July 3, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_[signature: Jamie Hodge]_
(By) Deputy Clerk

GAS Rev 10/2020